UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:20-cv-00210-BO

| | |
|---|---|
| DR. YIZHEN "JENNY" SU, D.O., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> DR. PATRICIA L. MATTO, D.O., DR. ) <br> ANDREW M. FREEMAN, D.O., and ) <br> SOUTHEASTERN REGIONAL MEDICAL ) <br> CENTER ) <br> Defendants. ) | **DEFENDANTS'** <br> **PARTIAL MOTION TO DISMISS** |

NOW COME Defendants Dr. Patricia L. Matto, D.O., Dr. ("Dr. Matto"), Andrew M. Freeman, D.O. ("Dr. Freeman"), and Southeastern Regional Medical Center ("SRMC") (collectively, "Defendants"), pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and move the Court to dismiss with prejudice the following claims as set forth more fully in their simultaneously filed Memorandum of Law in Support of Motion to Dismiss:

As to all Defendants:
- Wrongful Termination in Violation of Public Policy premised upon the North Carolina Persons with Disability Protection Act and the FMLA;
- Intentional Infliction of Emotional Distress; and
- Negligent Infliction of Emotional Distress.

As to the Drs. Matto and Freeman, only:
- ADA Discrimination;
- ADA Retaliation;
- ADA Failure to Accommodate; and
- Wrongful Termination in Violation of Public Policy premised upon the North Carolina Equal Employment Protection Act and the ADA.

WHEREFORE, SRMC prays that identified claims against them be dismissed, with prejudice, and that Plaintiff be taxed with the cost of this action, including Defendants' attorney's fees.

This the 28th day of December, 2020.

                                                 CRANFILL SUMNER & HARTZOG LLP

                                 By:     /s/ Benton L. Toups
                                         BENTON L. TOUPS
                                         N.C. State Bar No. 28910
                                         ELIZABETH C. KING
                                         N.C. State Bar No. 30376
                                         *Attorneys for Defendant*
                                         *Southeastern Regional Medical Center*
                                         101 N. 3rd Street, Suite 400
                                         Wilmington, NC 28401
                                         Telephone: (910) 777-6000
                                         Facsimile: (910) 777-6111
                                         E-mail:  btoups@cshlaw.com
                                         E-mail:  eking@cshlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on this, the 28th day of December, 2020, I electronically filed the foregoing **DEFENDANTS' PARTIAL MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system, which will send notifications to each said party as follows:

J. Michael Genest
1610 Highway 70 E.
New Bern, NC 28560
jmg@forgelawgroup.com
*Attorney for Plaintiff*

                              CRANFILL SUMNER & HARTZOG LLP

By:   /s/ Benton L. Toups
       BENTON L. TOUPS
       N.C. State Bar No. 28910
       ELIZABETH C. KING
       N.C. State Bar No. 30376
       *Attorneys for Defendant*
       *Southeastern Regional Medical Center*
       101 N. 3rd Street, Suite 400
       Wilmington, NC 28401
       Telephone: (910) 777-6000
       Facsimile: (910) 777-6111
       E-mail:  btoups@cshlaw.com
       E-mail:  eking@cshlaw.com